UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MUND & FESTER GMBH & CO. KG a/s/o
STANLEY ORCHARD SALES, INC.,

        Plaintiff,

- against -

M/V MSC DAVOS and M/V MSC PRAGUE, their
engines, boilers, tackle, furniture, apparel, etc. *in rem*;
and MEDITERRANEAN SHIPPING COMPANY
S.A. *in personam*,

        Defendants.
-----------------------------------------------------------------X

JUDGE BUCHWALD

08 CV 2491

2008 Civ.

FED.R.CIV.P. 7.1 DISCLOSURE
STATEMENT



RECEIVED
MAR 12 2008
U.S.D.C. S.D. N.Y.
CASHIERS

      NOW comes plaintiff, MUND & FESTER GMBH & CO. KG a/s/o STANLEY ORCHARD SALES, INC. and submits in duplicate its Disclosure Statement pursuant to F.R.Civ.P., Rule 7.1.

      MUND & FESTER GMBH & CO.KG is not a publicly traded company. STANLEY ORCHARD SALES, INC. is not a publicly traded company.

Dated: New York, New York
       March 12, 2008
       260-86

                             Casey & Barnett, LLC
                             Attorneys for Plaintiff

                By: _____
                    Gregory G. Barnett (GGB-3751)
                    317 Madison Avenue, 21st Floor
                    New York, New York 10017
                    (212) 286-0225