UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
MUND & FESTER GMBH & CO. KG,
as subrogor of STANLEY ORCHARD
SALES, INC.,

      Plaintiff,

 - against -

M/V MSC DAVOS and MEDITERRANEAN
SHIPPING COMPANY S.A.

      Defendants.
----------------------------------X

O R D E R

08 Civ. 2491 (NRB)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/26/08

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

 It having been reported to this Court that this case has been settled, it is

 **ORDERED** that the above-captioned action be, and hereby is, dismissed without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within 30 days.

DATED: New York, New York
    June 26, 2008

            /s/ Naomi Reice Buchwald
            NAOMI REICE BUCHWALD
          UNITED STATES DISTRICT JUDGE

A copy of the foregoing Order has been mailed on this date to the following:

**Attorney for Plaintiff**
Gregory G. Barnett
Casey & Barnett, LLC
317 Madison Avenue, 21st Floor
New York, NY  10017