UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
MUND & FESTER GMBH & CO. KG a/s/o
STANLEY ORCHARD SALES, INC.,

   Plaintiff,

 - against -

M/V MSC DAVOS and M/V MSC PRAGUE, their
engines, boilers, tackle, furniture, apparel, etc. *in rem*;
and MEDITERRANEAN SHIPPING COMPANY
S.A. *in personam*,

   Defendants.
---------------------------------------------------------------X

2008 Civ. 2491 (NRB)

**NOTICE AND ORDER OF VOLUNTARY DISCONTINUANCE**

  **IT IS HEREBY NOTICED** that the above-captioned action, in accordance with the provisions of Rule 41(a) of the Federal Rules of Civil Procedure, be and hereby is voluntarily dismissed with prejudice and without costs, no party having answered or otherwise appeared in the action.

Dated: New York, New York
   July 2, 2008
   260-86

            Respectfully submitted,

            CASEY & BARNETT, LLC
            Attorneys for Plaintiffs

         By: _____
            Martin F. Casey (MFC-1415)
            CASEY & BARNETT, LLC
            317 Madison Avenue, 21st Floor
            New York, New York 10017
            (212) 286-0225

SO ORDERED:

_____
United States District Judge
7/3/08

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/7/08